1  BENJAMIN B. WAGNER
   United States Attorney
2  VICTORIA L. BOESCH (CSBN 228561)
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone:  (916) 554-2700
   Facsimile:   (916) 554-2900
5

6  Attorneys for Defendant,
   United States of America
7

8                IN THE UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11 HEATHER LAMARR,                       CASE NO. 2:12-CV-00190-MCE-EFB

12              Plaintiff,                **STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY**
13      v.                                **DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 271**

14 UNITED STATES OF AMERICA

15              Defendant.

16

17      Pursuant to Local Rule 271, the parties hereby agree to submit the above-entitled action to the

18 Voluntary Dispute Resolution Program.  The parties respectfully request that, in the interest of

19 efficiency, this case be referred along with Case No. 2:12-cv-00189-MCE-DAD, Christopher LaMarr v.

20 United States of America, for a single ADR process to cover both cases.

21 DATED: January 9, 2013            AUGUST & OSBORNE

22                                   */s/ Todd S. Osborne*  (authorized on 1/9/13)
                                     TODD S. OSBORNE
23
                                     Attorney for Plaintiff
24
                                     BENJAMIN B. WAGNER
25                                   United States Attorney

26

27

28

Stipulation and Order to Elect Referral of Action to          1
Voluntary Dispute Resolution Program (VDRP)

1  DATED: January 10, 2013          /s/ Victoria L. Boesch
                                    VICTORIA L. BOESCH
2                                   Assistant United States Attorney

3                                   Attorneys for the United States

4

5      IT IS SO ORDERED.

6

7  Dated:  January 15, 2013

8  _____
   MORRISON C. ENGLAND, JR., CHIEF JUDGE
9  UNITED STATES DISTRICT COURT