1  BENJAMIN B. WAGNER
   United States Attorney
2  VICTORIA L. BOESCH (CSBN 228561)
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone:  (916) 554-2700
   Facsimile:   (916) 554-2900

6  Attorneys for Defendant,
   United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEATHER LAMARR,<br><br>　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>UNITED STATES OF AMERICA<br><br>　　　　　　　　Defendant. | CASE NO.  2:12-CV-00190-MCE-EFB<br><br>**STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 271** |

　　　　Pursuant to Local Rule 271, the parties hereby agree to submit the above-entitled action to the Voluntary Dispute Resolution Program.  The parties respectfully request that, in the interest of efficiency, this case be referred along with Case No. 2:12-cv-00189-MCE-DAD, Christopher LaMarr v. United States of America, for a single ADR process to cover both cases.

DATED: January 9, 2013　　　　　　　　AUGUST & OSBORNE

　　　　　　　　　　　　　　　　　　　*/s/ Todd S. Osborne*  (authorized on 1/9/13)
　　　　　　　　　　　　　　　　　　　TODD S. OSBORNE

　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

　　　　　　　　　　　　　　　　　　　BENJAMIN B. WAGNER
　　　　　　　　　　　　　　　　　　　United States Attorney

Stipulation and Order to Elect Referral of Action to　　　1
Voluntary Dispute Resolution Program (VDRP)

1  DATED: January 10, 2013        */s/ Victoria L. Boesch*
                                  VICTORIA L. BOESCH
2                                 Assistant United States Attorney

3                                 Attorneys for the United States

4

5       IT IS SO ORDERED.

6

7  Dated: January 15, 2013

8                                 _____
9                                 MORRISON C. ENGLAND, JR., CHIEF JUDGE
                                  UNITED STATES DISTRICT COURT