IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEATHER LAMARR,<br><br>            Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA<br><br>            Defendant. | CASE NO.  2:12-CV-00190-MCE-EFB<br><br>**ORDER FOR DISMISSAL** |

   Based on the stipulation of the parties filed herein on March 21, 2013, IT IS HEREBY ORDERED that the action is dismissed, with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.  Each party shall bear its own costs.

   IT IS SO ORDERED.

DATED:  June 5, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

ORDER FOR DISMISSAL                    1